**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>AMERICAN NATIONAL MORTGAGE PARTNERS, LLC,<br><br>Debtor.<br>_____<br><br>In re:<br>ANMP 74th ST., LLC,<br><br>Debtor.<br>_____<br><br>TAYLOR R. COLEMAN,<br><br>Plaintiff,<br><br>v.<br><br>VERN SCHWEIGERT and JANE DOE SCHWEIGERT; BILTMORE ASSOCIATES L.L.C., an Arizona Limited Liability Company; JAMES C. SELL and JANE DOE SELL; LYMAN DAVIS; AMERICAN NATIONAL MORTGAGE PARTNERS, L.L.C., an Arizona Limited Liability Company; DAVID HOPKINS and JANE DOE HOPKINS; STANLEY CHERNOFF and JANE DOE CHERNOFF; MARK FRANKS and JANE DOE FRANKS, and BRETT FREDERICK and JANE DOE FREDERICK; CASTLE REALTY CORPORATION, an Arizona Corporation; 300 EAST CAMELBACK, L.L.C., an Arizona Limited Liability Company; REAL ESTATE HOLDING Corporation; I17-DUNLAP, L.L.C., an Arizona Limited Liability Company; | No. CIV. 07-1002-PHX-SMM |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11 | SILVERDALE BUILDING, L.L.C., an Arizona Limited Liability Company; EAST SPRAGUE AVENUE, L.L.C., a Washington Limited Liability Company; 522 N. COLUMBIA CENTER BLVD., L.L.C., an Arizona Limited Liability Company; 9815 S.W. CAPITOL HIGHWAY, L.L.C., an Arizona Limited Liability Company; DEER VALLEY/26th AVENUE, L.L.C., an Arizona Limited Liability Company; 1851 E. FIFTH AVE., L.L.C., an Arizona Limited Liability Company; 5110 CENTRAL AVENUE S.E., L.L.C., a New Mexico Limited Liability Company; 8315 EAST APACHE TRAIL, L.L.C., an Arizona Limited Liability Company; 6015 TACOMA MALL BLVD., L.L.C., a Washington Limited Liability Company,<br><br>            Defendants. |

Pending before the Court is the Defendant's Motion for Leave to File a Surreply (Doc. 20). A surreply may be filed only by leave of Court and only to address new matters raised in a reply to which a party would otherwise be unable to respond to. *Provenz v. Miller,* 102 F.3d 1478, 1483 (9th Cir.1996). Here, Defendant has not established that are any new matters that have arisen that necessitate such a reply. Furthermore, on August 7, 2007, the Bankruptcy Court will be holding a hearing on the issue of whether or not the claims in Plaintiff's Complaint are "core" or "noncore". In the event that the Court finds that further briefing is necessary subsequent to the Bankruptcy Court decision, on the issues currently briefed and before this Court, such will be ordered.[1]

    Therefore,

///

///

---

[1] The matter of withdrawal has been briefed by all parties, responded to, and replied to, in three separate responses and replies.

- 2 -

**IT IS HEREBY ORDERED DENYING** Defendant's Motion for Leave to file a Surreply in Opposition to the Withdrawal reference.

DATED this 23rd day of July, 2007.

*[signature]*
Stephen M. McNamee
United States District Judge