1  **WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>AMERICAN NATIONAL MORTGAGE PARTNERS, LLC,<br><br>Debtor.<br>_____<br><br>In re:<br>ANMP 74th ST., LLC,<br><br>Debtor.<br>_____<br><br>TAYLOR R. COLEMAN,<br><br>Plaintiff,<br><br>v.<br><br>VERN SCHWEIGERT and JANE DOE SCHWEIGERT; BILTMORE ASSOCIATES L.L.C., an Arizona Limited Liability Company; JAMES C. SELL and JANE DOE SELL; LYMAN DAVIS; AMERICAN NATIONAL MORTGAGE PARTNERS, L.L.C., an Arizona Limited Liability Company; DAVID HOPKINS and JANE DOE HOPKINS; STANLEY CHERNOFF and JANE DOE CHERNOFF; MARK FRANKS and JANE DOE FRANKS, and BRETT FREDERICK and JANE DOE FREDERICK; CASTLE REALTY CORPORATION, an Arizona Corporation; 300 EAST CAMELBACK, L.L.C., an Arizona Limited Liability Company; REAL ESTATE HOLDING Corporation; I17-DUNLAP, L.L.C., an Arizona Limited Liability Company; SILVERDALE BUILDING, L.L.C., an | No. CIV. 07-1002-PHX-SMM |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9 | Arizona Limited Liability Company; EAST SPRAGUE AVENUE, L.L.C., a Washington Limited Liability Company; 522 N. COLUMBIA CENTER BLVD., L.L.C., an Arizona Limited Liability Company; 9815 S.W. CAPITOL HIGHWAY, L.L.C., an Arizona Limited Liability Company; DEER VALLEY/26th AVENUE, L.L.C., an Arizona Limited Liability Company; 1851 E. FIFTH AVE., L.L.C., an Arizona Limited Liability Company; 5110 CENTRAL AVENUE S.E., L.L.C., a New Mexico Limited Liability Company; 8315 EAST APACHE TRAIL, L.L.C., an Arizona Limited Liability Company; 6015 TACOMA MALL BLVD., L.L.C., a Washington Limited Liability Company, |
| 10 | Defendants. |

Pending before the Court is the Motion to Set an Expedited Hearing (Doc. 24) in District Court to decide the pending Motion to Withdraw Reference to the Bankruptcy Court "at the earliest time possible" due to the August 27, 2007 hearing set in the Bankruptcy Court.[1] Because of the August 7, 2007 Bankruptcy Court hearing set to determine whether the claims in the Plaintiff's Complaint are "core" or "non-core" under the Bankruptcy Code, the Court finds this request premature. In the event that the parties find that this action is necessary subsequent to Judge Haines's decision regarding the nature of the claims, they are permitted to re-file the request.

Accordingly,

**IT IS HEREBY ORDERED DENYING** the Plaintiff's Motion to Set an Expedited Hearing (Doc. 24) following the August 7, 2007, Bankruptcy Court hearing.

DATED this 23rd day of July, 2007.

Stephen M. McNamee
United States District Judge

---

[1] The August 27, 2007 hearing is set to decide the Motion to Dismiss currently pending in the Bankruptcy Court

- 2 -