**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br>AMERICAN NATIONAL MORTGAGE PARTNERS, LLC,<br>Debtor.<br>_____ | No. CIV. 07-1002-PHX-SMM |
| In re:<br>ANMP 74th ST., LLC,<br>Debtor.<br>_____ | |
| TAYLOR R. COLEMAN,<br><br>Plaintiff,<br><br>v.<br><br>VERN SCHWEIGERT and JANE DOE SCHWEIGERT; BILTMORE ASSOCIATES L.L.C., an Arizona Limited Liability Company; JAMES C. SELL and JANE DOE SELL; LYMAN DAVIS; AMERICAN NATIONAL MORTGAGE PARTNERS, L.L.C., an Arizona Limited Liability Company; DAVID HOPKINS and JANE DOE HOPKINS; STANLEY CHERNOFF and JANE DOE CHERNOFF; MARK FRANKS and JANE DOE FRANKS, and BRETT FREDERICK and JANE DOE FREDERICK; CASTLE REALTY CORPORATION, an Arizona Corporation; 300 EAST CAMELBACK, L.L.C., an Arizona Limited Liability Company; REAL ESTATE HOLDING Corporation; I17-DUNLAP, L.L.C., an Arizona Limited Liability Company; SILVERDALE BUILDING, L.L.C., an | |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10 | Arizona Limited Liability Company; EAST SPRAGUE AVENUE, L.L.C., a Washington Limited Liability Company; 522 N. COLUMBIA CENTER BLVD., L.L.C., an Arizona Limited Liability Company; 9815 S.W. CAPITOL HIGHWAY, L.L.C., an Arizona Limited Liability Company; DEER VALLEY/26th AVENUE, L.L.C., an Arizona Limited Liability Company; 1851 E. FIFTH AVE., L.L.C., an Arizona Limited Liability Company; 5110 CENTRAL AVENUE S.E., L.L.C., a New Mexico Limited Liability Company; 8315 EAST APACHE TRAIL, L.L.C., an Arizona Limited Liability Company; 6015 TACOMA MALL BLVD., L.L.C., a Washington Limited Liability Company,<br><br>          Defendants. |

This matter comes before the Court on Lyman Davis' Motion for Withdrawal and Substitution of Counsel with Client Consent filed pursuant to LRCiv 83.3(b)(1), in which Shughart Thomson & Kilroy, PC, Marty Harper, Gary D. Ansel, Kelly J. Flood and Andrew Jacob seek to withdraw as Mr. Davis' counsel, substituting in their place Lewis Brisbois Bisgaard & Smith, LLP and Sean Healy. Good cause appearing,

**IT IS HEREBY ORDERED GRANTING** the Motion for Withdrawal and Substitution of Counsel with Client Consent (Doc. 28).

DATED this 9th day of October, 2007.

Stephen M. McNamee
United States District Judge

- 2 -