**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>AMERICAN NATIONAL MORTGAGE PARTNERS, LLC,<br><br>Debtor.<br>_____<br><br>In re:<br>ANMP 74th ST., LLC,<br><br>Debtor.<br>_____<br><br>TAYLOR R. COLEMAN,<br><br>Plaintiff,<br><br>v.<br><br>VERN SCHWEIGERT and JANE DOE SCHWEIGERT; BILTMORE ASSOCIATES L.L.C., an Arizona Limited Liability Company; JAMES C. SELL and JANE DOE SELL; LYMAN DAVIS; AMERICAN NATIONAL MORTGAGE PARTNERS, L.L.C., an Arizona Limited Liability Company; DAVID HOPKINS and JANE DOE HOPKINS; STANLEY CHERNOFF and JANE DOE CHERNOFF; MARK FRANKS and JANE DOE FRANKS, and BRETT FREDERICK and JANE DOE FREDERICK; CASTLE REALTY CORPORATION, an Arizona Corporation; 300 EAST CAMELBACK, L.L.C., an Arizona Limited Liability Company; REAL ESTATE HOLDING Corporation; I17-DUNLAP, L.L.C., an Arizona Limited Liability Company; | No. CIV. 07-1002-PHX-SMM |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11 | SILVERDALE BUILDING, L.L.C., an Arizona Limited Liability Company; EAST SPRAGUE AVENUE, L.L.C., a Washington Limited Liability Company; 522 N. COLUMBIA CENTER BLVD., L.L.C., an Arizona Limited Liability Company; 9815 S.W. CAPITOL HIGHWAY, L.L.C., an Arizona Limited Liability Company; DEER VALLEY/26th AVENUE, L.L.C., an Arizona Limited Liability Company; 1851 E. FIFTH AVE., L.L.C., an Arizona Limited Liability Company; 5110 CENTRAL AVENUE S.E., L.L.C., a New Mexico Limited Liability Company; 8315 EAST APACHE TRAIL, L.L.C., an Arizona Limited Liability Company; 6015 TACOMA MALL BLVD., L.L.C., a Washington Limited Liability Company,<br><br>                    Defendants. |

Pending before the Court is the Defendant's Motion to Withdraw the Reference to the Bankruptcy Court filed by Taylor Coleman (Doc. 2). On August 7, 2007, the Bankruptcy Court held a hearing on the issue of whether or not the claims in Plaintiff's Complaint are "core" or "noncore". Accordingly, the parties are to file with this Court, no later than **January 11, 2008**, supplemental briefs no longer than 5 pages in length, which include the findings of the bankruptcy Court and how said findings effect the parties' respective positions as they relate to the pending motion to withdraw.

DATED this 27th day of December, 2007.

_____
Stephen M. McNamee
United States District Judge