**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br>AMERICAN NATIONAL MORTGAGE PARTNERS, LLC,<br>Debtor.<br>_____<br><br>In re:<br>ANMP 74th ST., LLC,<br>Debtor.<br>_____<br><br>TAYLOR R. COLEMAN,<br><br>Plaintiff,<br><br>v.<br><br>VERN SCHWEIGERT and JANE DOE SCHWEIGERT; BILTMORE ASSOCIATES L.L.C., an Arizona Limited Liability Company; JAMES C. SELL and JANE DOE SELL; LYMAN DAVIS; AMERICAN NATIONAL MORTGAGE PARTNERS, L.L.C., an Arizona Limited Liability Company; DAVID HOPKINS and JANE DOE HOPKINS; STANLEY CHERNOFF and JANE DOE CHERNOFF; MARK FRANKS and JANE DOE FRANKS, and BRETT FREDERICK and JANE DOE FREDERICK; CASTLE REALTY CORPORATION, an Arizona Corporation; 300 EAST CAMELBACK, L.L.C., an Arizona Limited Liability Company; REAL ESTATE HOLDING Corporation; I17-DUNLAP, L.L.C., an Arizona Limited Liability Company; SILVERDALE BUILDING, L.L.C., an | No. CIV. 07-1002-PHX-SMM |

| | |
|---|---|
| 1 | Arizona Limited Liability Company; EAST SPRAGUE AVENUE, L.L.C., a Washington |
| 2 | Limited Liability Company; 522 N. COLUMBIA CENTER BLVD., L.L.C., an |
| 3 | Arizona Limited Liability Company; 9815 S.W. CAPITOL HIGHWAY, L.L.C., an |
| 4 | Arizona Limited Liability Company; DEER VALLEY/26th AVENUE, L.L.C., an Arizona |
| 5 | Limited Liability Company; 1851 E. FIFTH AVE., L.L.C., an Arizona Limited Liability |
| 6 | Company; 5110 CENTRAL AVENUE S.E., L.L.C., a New Mexico Limited Liability |
| 7 | Company; 8315 EAST APACHE TRAIL, L.L.C., an Arizona Limited Liability |
| 8 | Company; 6015 TACOMA MALL BLVD., L.L.C., a Washington Limited Liability |
| 9 | Company, |
| 10 | Defendants. |

Pursuant to the Plaintiff Taylor Coleman's Statement of Position Regarding the Motion to Withdraw the Reference to the Bankruptcy Court (Doc. 36), Coleman no longer intends to pursue his earlier request that this Court *immediately* withdraw the reference, but instead intends to renew his motion for withdrawal at a later date, if necessary. Coleman is presently preparing responses to Defendants' motions to dismiss his Second Amended Complaint, and the parties also have been engaged in ongoing settlement discussions (including participation in two mediations before Judge Case).

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Withdraw the Reference to the Bankruptcy Court (Doc. 2) is **DENIED** without prejudice.

DATED this 14th day of January, 2008.

Stephen M. McNamee
United States District Judge

- 2 -